IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| DEANNA WRIGHT | ) | |
| | ) | |
| v. | ) | CV 214-76 |
| | ) | |
| CAPITAL ONE BANK USA, NA | ) | |

**O R D E R**

The parties in the above captioned case have filed a Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). This Stipulation is hereby GRANTED and all claims in this action are hereby dismissed with prejudice. The Clerk is ordered to close this case.

SO ORDERED this ____ day of April, 2015.

```
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```